```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         A05-0040--CV (JWS) "LOREN J. LARSON JR V JOHN (CRAIG) TURNBULL"
                                  Motion 6-1

         Presiding Judge: John W. Sedwick      MJ Rule: LMR 4(4)
         Magistrate: John D. Roberts           MJ Stop:
```

```
CASE A05-0040--CV (JWS) "LOREN J. LARSON JR V JOHN (CRAIG) TURNBULL"
  BY DEF TURNBULL, JOHN (CRAIG)
  MOT to dismiss habeas petition
              -DOCUMENT-  -FILED-   -DUE-
     Motion      6 - 1    05/05/05               Pull date
 Opposition      9 - 1    05/23/05   05/23/05    U/A date     06/03/05
       Reply                         06/03/05    Presiding Judge  [ ] JWS
         R&R    11 - 1    10/06/05  -HEARING-    Magistrate Judge [X] JDR
 Request O/A                                     Other Judge  [ ]
   Req O/A by                                    TRIAL DATE   not set

Order/Action                                     Disc/Sanc    [ ]
     Status   PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed | Description |
|---|---|---|
| 12 - 1 | 10/19/05 | PLF 1 objection to R&R re: DEF 1 motion to dismiss habeas petition (6-1). |
| 13 - 1 | 10/20/05 | PLF 1 objection to R&R re: DEF 1 motion to dismiss habeas petition (6-1). |
| 14 - 1 | 10/24/05 | PLF 1 Errata to objs to R&R re: DEF 1 motion to dismiss habeas petition. (6-1). |
| 15 - 1 | 10/27/05 | DEF 1 reply to objection to R&R re: DEF 1 motion to dismiss habeas petition (6-1). |
| 17 - 1 | 11/15/05 | PLF 1 Supplement brief re: DEF 1 motion to dismiss habeas petition (6-1). |
| 19 - 1 | 11/15/05 | DEF 1 Supplemental memo re: DEF 1 motion to dismiss habeas petition (6-1). |
| 21 - 1 | 11/30/05 | DEF 1 Response to Larson's Supplemental brf re: DEF 1 motion to dismiss habeas petition (6-1). |

**CASE MANAGEMENT TRACKING CARD NOTES**

NO REPLY FILED
READY FOR R&R
8/10/05: REMINDER - Awaiting MJ action.  (dm)
9/23/05: 2nd REMINDER - Awaiting MJ action.  (dm)

ACMS: R_TICARD        As of 12/21/05 at 1:53 PM by CWILTS            Page 1

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         A05-0040--CV (JWS) "LOREN J. LARSON JR V JOHN (CRAIG) TURNBULL"
                                  Motion 6-1
         Presiding Judge: John W. Sedwick      MJ Rule: LMR 4(4)
         Magistrate:      John D. Roberts      MJ Stop:
```

**CHAMBERS TRACKING CARD NOTES**

10/28/05~Parties directed to file supplemental briefing~due 11/15, responses if any due 11/23/05