```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           A05-0040--CV (JWS) "LOREN J. LARSON JR V JOHN (CRAIG) TURNBULL"
                              R&R 11-1 for motion 6-1

           Presiding Judge: John W. Sedwick      MJ Rule: LMR 4(4)
           Magistrate: John D. Roberts           MJ Stop:
```

```
 CASE A05-0040--CV (JWS) "LOREN J. LARSON JR V JOHN (CRAIG) TURNBULL"
   BY DEF TURNBULL, JOHN (CRAIG)
   MOT to dismiss habeas petition
 -R&R----------DOCUMENT-------FILED-------DUE----------                          -R&R-
        Motion       6 -  1   05/05/05   ........    Pull date    12/05/05
         R&R        11 -  1   10/06/05   ........    U/A date
    Objection       12 -  1   10/19/05   10/20/05    Presiding Judge  [ ] JWS
        Reply       15 -  1   10/27/05   10/27/05    Magistrate Judge [X] JDR
   Final R&R                                         Other Judge      [ ]
                                                     TRIAL DATE       not set

 Order/Action                                        Disc/Sanc        [ ]
       Status   PENDING
```

**RELATED DOCUMENTS NOT LISTED ON THE R&R CARD**

| Document | Filed | Description |
|---|---|---|
| 9 - 1 | 05/23/05 | PLF 1 opposition to DEF 1 motion to dismiss habeas petition (6-1). |
| 13 - 1 | 10/20/05 | PLF 1 objection to R&R re: DEF 1 motion to dismiss habeas petition (6-1). |
| 14 - 1 | 10/24/05 | PLF 1 Errata to objs to R&R re: DEF 1 motion to dismiss habeas petition. (6-1). |
| 17 - 1 | 11/15/05 | PLF 1 Supplement brief re: DEF 1 motion to dismiss habeas petition (6-1). |
| 19 - 1 | 11/15/05 | DEF 1 Supplemental memo re: DEF 1 motion to dismiss habeas petition (6-1). |
| 21 - 1 | 11/30/05 | DEF 1 Response to Larson's Supplemental brf re: DEF 1 motion to dismiss habeas petition (6-1). |

**CASE MANAGEMENT R&R CARD NOTES**

#16, MJ MO re supp briefs due 11/15/05 (fld @ #17, 19); response briefs due 11/23/05.
#18, petitioner's notice of lodging.
#20, suppl response due 12/5/05.

**CHAMBERS R&R CARD NOTES**

None found