```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0040--CV (JWS)
            "LOREN J. LARSON JR V JOHN (CRAIG) TURNBULL"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  LMR 4(4)
             Filed: 02/28/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (530) Habeas Corpus: General

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $5.00 on 02/28/05 receipt # 00125157
          Trial by:
```

```
Parties of Record:                      Counsel of Record:

PLF 1.1         LARSON, LOREN J. JR.        Robert K. Stewart Jr
                                            Davis Wright et al
                                            701 W. 8th Avenue, Suite 800
                                            Anchorage, AK 99501
                                            907-257-5300
                                            FAX 907-257-5399

                                            Jeffrey L. Fisher
                                            Davis Wright et al
                                            1501 4th Avenue
                                            Seattle, WA 98122
                                            206-622-3150
                                            FAX 425-668-7799

DEF 1.1         TURNBULL, JOHN (CRAIG)      Nancy R. Simel
                                            Attorney General's Office
                                            310 K Street, Suite 308
                                            Anchorage, AK 99501
                                            907-269-6250
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0040--CV (JWS)
            "LOREN J. LARSON JR V JOHN (CRAIG) TURNBULL"

                       For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  LMR 4(4)
             Filed: 02/28/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (530) Habeas Corpus: General

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $5.00 on 02/28/05 receipt # 00125157
          Trial by:



 Document #   Filed      Docket text
 ─────────────────────────────────────────────────────────────────────────

     1 -  1   02/28/05   PLF 1 Petition for Writ of H/C per 28:2254 w/att exhs.

     2 -  1   02/28/05   PLF 1 Application re: non-resident attorney Jeffrey L. Fisher, Davis
                         Wright, Tremaine, 1501 Fourth Ave., Seattle, WA  98122, 206-622-3150
                         w/att exhs.

     3 -  1   03/21/05   JWS Order directing svc & response; clk to serve cy of pet on D. Kossler
                         (AAG-308); respondent has 30 days from date of svc to file ans; case is
                         referred to MJ Branson per D.Ak.LMR 4(4); appl of non-resident atty to
                         appear & participate (2-1) is granted. cc: cnsl, D. Kossler w/cy pet, MJ
                         Branson, PSLC

     4 -  1   03/24/05   DEF 1 Attorney Appearance of  Nancy R. Simel (AAG-308).

     5 -  1   04/20/05   DEF 1 Unopposed motion on shortened time until 5/5/05 to file answer or
                         responsive pleading w/aff memo

     5 -  2   04/20/05   AHB Order granting unopposed motion on shortened time until 5/5/05 to
                         file answer or responsive pleading to the petition (5-1).   cc: cnsl

     6 -  1   05/05/05   DEF 1 motion to dismiss habeas petition.

     7 -  1   05/05/05   DEF 1 Notice of lodging w/att exhs.

     8 -  1   05/23/05   PLF 1 Notice of lodging w/att exhs.

     9 -  1   05/23/05   PLF 1 opposition to DEF 1 motion to dismiss habeas petition (6-1).

    10 -  1   05/27/05   JDR Minute Order in light of retirement of MJ Branson & at the direction
                         of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc:
                         cnsl, Judge Sedwick

    11 -  1   10/06/05   Initial R&R re: DEF 1 motion to dismiss habeas petition (6-1);
                         Recommended be granted; Objections due NOON 10/20/05. Reply due NOON
                         10/27/05. cc: cnsl, Judge Sedwick

    12 -  1   10/19/05   PLF 1 objection to R&R re: DEF 1 motion to dismiss habeas petition
                         (6-1).

 ACRS: R_VDSDX              As of 12/01/05 at 3:24 PM by GARRY                       Page 1
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A05-0040--CV (JWS)
                        "LOREN J. LARSON JR V JOHN (CRAIG) TURNBULL"

                                      For all filing dates

Document #    Filed       Docket text
_____    _____       _____

   13  -  1   10/20/05    PLF 1 objection to R&R re: DEF 1 motion to dismiss habeas petition
                          (6-1).

   14  -  1   10/24/05    PLF 1 Errata to objs to R&R re: DEF 1 motion to dismiss habeas petition.
                          (6-1).

   15  -  1   10/27/05    DEF 1 reply to objection to R&R re: DEF 1 motion to dismiss habeas
                          petition (6-1).

   16  -  1   10/28/05    JDR Minute Order re parties to file supp briefing as directed re motion
                          to dismiss; supp briefs due 11/15/05; responsive briefs due 11/23/05.
                          cc: cnsl

   17  -  1   11/15/05    PLF 1 Supplement brief re: DEF 1 motion to dismiss habeas petition
                          (6-1).

   18  -  1   11/15/05    PLF 1 Notice of lodging state's brf of appellee.

   19  -  1   11/15/05    DEF 1 Supplemental memo re: DEF 1 motion to dismiss habeas petition
                          (6-1).

   20  -  1   11/23/05    DEF 1 motion on shortened time for ext of time to 12/5 to file response
                          to supp brief w/att aff.

   20  -  2   11/28/05    JDR Order granting mot on shortened time for ext of time to 12/5/05 to
                          file response to suppl brf (20-1). cc: cnsl
```