# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Loren J. Larson, Jr., v. John (Craig) Turnbull*

Case No.  3:05-cv-040  TMB

By:              THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:**    **ORDER FROM CHAMBERS**

      Having reviewed the Magistrate Judge's  Initial Report and Recommendation on Respondent's Motion to Dismiss (Docket No. 11), in conjunction with the parties' Objections, Responses, the supplemental briefing requested by the Magistrate Judge, and the Magistrate's Final Report and Recommendation, the Court hereby adopts and accepts the Final Report and Recommendation in its entirety.  Consequently, Respondent's  Motion to Dismiss the habeas petition in this matter, (Docket 6), is GRANTED.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: September 26, 2006