IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOREN J. LARSON, JR.,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>JOHN (CRAIG) TURNBULL,<br><br>　　　　　　Defendant. | Case No. 3:05-cv-00040- TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

　　　　**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　　_X_　**DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　　　**IT IS ORDERED AND ADJUDGED** that this matter is dismissed with prejudice.

APPROVED:

 s/ Timothy M. Burgess
　　**TIMOTHY M. BURGESS**
　　United States District Judge

| | |
|---|---|
| September 26, 2006 | IDA J. ROMACK |
| Date | Clerk |