THE HONORABLE TIMOTHY M. BURGESS

JEFFREY L. FISHER
Davis Wright Tremaine LLP
1501 Fourth Avenue
Seattle, WA 98122
Tel: (206) 622-3150
Fax: (425) 668-7799
Eml: jefffisher@dwt.com

ROBERT K. STEWART, JR.
Davis Wright Tremaine LLP
701 West Eighth Ave., Suite 800
Anchorage, AK 99501-3468
Tel: (907) 257-5300
Fax: (907) 257-5399
Eml: bobstewart@dwt.com

Attorneys for Petitioner Loren J. Larson, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOREN J. LARSON, JR. | |
| Petitioner, | No. 3:05-cv-0040-TMB-JDR |
| v. | NOTICE OF APPEAL |
| JOHN (CRAIG) TURNBULL, Superindentent of the Spring Creek Correctional Center, | |
| Respondent. | |

Notice is hereby given that Loren J. Larson, Jr., petitioner in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order From Chambers adopting the Magistrate Judge's Final Report and Recommendation and dismissing petitioner's habeas petition entered in

NOTICE OF APPEAL - 1

SEA 1891153v1 67697-1

this action and the Judgment dismissing the case with prejudice, both filed on September 26, 2006. A Motion for Certificate of Appealability has been filed concurrently with the District Court.

DATED this 23rd day of October, 2006.

DAVIS WRIGHT TREMAINE LLP

By: /s/ Jeffrey L. Fisher
JEFFREY L. FISHER
Washington State Bar No. 30199

By: /s/ Robert K. Stewart, Jr.
ROBERT K. STEWART, JR.
Alaska Bar No. 8506082

Attorneys for Petitioner Loren J. Larson, Jr.

Certificate of Service:

I certify that on October 23, 2006, a true and correct Copy of the foregoing document was served electronically on the following:

Nancy R. Simel

    /s/ Kris Hamann

NOTICE OF APPEAL - 2
SEA 1891153v1 67697-1