THE HONORABLE TIMOTHY M. BURGESS

JEFFREY L. FISHER
Davis Wright Tremaine LLP
1501 Fourth Avenue
Seattle, WA 98122
Tel: (206) 622-3150
Fax: (425) 668-7799
Eml: jefffisher@dwt.com

ROBERT K. STEWART, JR.
Davis Wright Tremaine LLP
701 West Eighth Ave., Suite 800
Anchorage, AK 99501-3468
Tel: (907) 257-5300
Fax: (907) 257-5399
Eml: bobstewart@dwt.com

Attorneys for Petitioner Loren J. Larson, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOREN J. LARSON, JR.,<br><br>             Petitioner,<br><br>v.<br><br>JOHN (CRAIG) TURNBULL,<br>Superindentent of the Spring Creek Correctional Center,<br><br>             Respondent. | No. 3:05-cv-0040-TMB-JDR<br><br>[PROPOSED] ORDER GRANTING CERTIFICATE OF APPEALABILITY |

This matter is before the Court on Petitioner Loren J. Larson, Jr.'s Motion for Certificate of Appealability. The Court, having reviewed petitioner's motion and filings in support of, and any opposition thereto, hereby ORDERS that

The Motion for Certificate of Appealability is GRANTED as to the following question:

PROPOSED ORDER - 1

SEA 1897306v1 67697-1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 W 8th Avenue
Anchorage, Alaska 99501-3468
(907) 257-5300 · Fax: (907) 257-5399

Whether the district court erred in dismissing as time barred Larson's Sixth and Fourteenth Amendment claims based on his jury's premature deliberations by mistakenly concluding that the Alaska courts' refusal to allow him to prove the juror misconduct did not constitute a factual predicate forming the basis for his federal habeas claims that could not have been discovered earlier.

DATED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
U.S. District Court Judge

Presented by:

Davis Wright Tremaine LLP
Attorneys for Petitioner Loren J. Larson, Jr.

By: /s/ Jeffrey L. Fisher
    Jeffrey L. Fisher, Washington State Bar No. 30199

By: /s/ Robert K. Stewart, Jr.
    Robert K. Stewart, Jr., Alaska Bar No. 8506082

PROPOSED ORDER - 2
SEA 1897306v1 67697-1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 W 8th Avenue
Anchorage, Alaska  99501-3468
(907) 257-5300 ·  Fax: (907) 257-5399

1  Certificate of Service:

2  I certify that on October 23, 2006, a true and correct
   Copy of the foregoing document was served electronically on the
3  following:

4  Nancy R. Simel

5
           /s/ Kris Hamann
6

PROPOSED ORDER - 3

SEA 1897306v1 67697-1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 W 8th Avenue
Anchorage, Alaska  99501-3468
(907) 257-5300 ·  Fax: (907) 257-5399