```
UNITED STATES                    UNITED STATES
DISTRICT COURT                   DISTRICT COURT
District of Alaska               District of Alaska
Anchorage Division               Anchorage Division

# 00129172 - PS                  # 00129171 - PS
October 24, 2006                 October 24, 2006


Code   Case #   Qty   Amount     Code     Case #   Qty   Amount

086400-R 05-40       100.00 CK   086900-F 05-40         255.00 CK
                                 086400-R 05-40         100.00 CK

TOTAL→           100.00          TOTAL→           355.00


FROM: DAVIS WRIGHT TREMAINE LLP  FROM: DAVIS WRIGHT TREMAINE LLP
      NOTICE OF APPEAL                 NOTICE OF APPEAL
      3:05-CV-00040 TMB                3:05-CV-00040 TMB
```