IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOREN J. LARSON, JR., <br><br> Petitioner, <br><br> v. <br><br> JOHN (CRAIG) TURNBULL, <br> Superintendent of the Spring Creek <br> Correctional Center, <br><br> Respondent. | No. 3:05-cv-0040-TMB <br><br> ORDER <br> GRANTING CERTIFICATE <br> OF APPEALABILITY |

This matter is before the Court on Petitioner Loren J. Larson, Jr.'s Motion for Certificate of Appealability. The Court, having reviewed petitioner's motion and filings in support of, and any opposition thereto, hereby ORDERS that

The Motion for Certificate of Appealability is GRANTED as to the following question:

> Whether the district court erred in dismissing as time barred Larson's Sixth and Fourteenth Amendment claims based on his jury's premature deliberations by mistakenly concluding that the Alaska courts' refusal to allow him to prove the juror misconduct did not constitute a factual predicate forming the basis for his federal habeas claims that could not have been discovered earlier.

DATED this 5th day of April, 2007.

/s/ Timothy M. Burgess
The Honorable Timothy M. Burgess
U.S. District Court Judge