RECEIVED
JUN 0 4 2007

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MAY 23 2007
FILED
DOCKETED
DATE          INITIAL

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: Larson v. Turnbull
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Timothy M. Burgess - 3:05-cv-00040-TMB
Date Complaint/Indictment/Petition Filed: 2/28/05
Date Appealed Order/Judgment *entered*: 9/26/06
Date NOA *filed*: 10/23/06
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
X granted in part (send record)   __pending

( 07-35427 )

Court Reporter(s) Name and Phone Number: N/A

Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: 10/24/06-Receipt #00129172    Date Docket Fee billed: __
Date FP granted: __                                  Date FP denied: __
Is FP pending? __yes/no                              Was FP Limited/Revoked?
US Government Appeal?   No  yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                        Appellee Counsel:
**SEE ATTACHED**                          Nancy R. Simel
                                          Attorney General's Office
                                          310 K Street, Suite 308
                                          Anchorage, AK  99501

X  retained   __CJA   __FPD   __FPD   __Other    Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: __        Address: __
Custody: __
Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

---

Name and phone number of person completing this form: Linda Christensen - 907-677-6104

**Counsel for Appellant:**

**Jeffrey L. Fisher**
Stanford Supreme Court Litigation Clinic
Crown Quadrangle 559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-7081
Fax: 650-723-4426

**Robert K. Stewart Jr.**
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, AK 99501
907-257-5300
Fax: 907-257-5399