**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 11 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

LOREN J. LARSON, Jr.,

        Petitioner - Appellant

v.

JOHN (CRAIG) TURNBULL,

        Respondent - Appellee

No.  07-35427
D.C. No.  CV-05-00040-TMB



**MANDATE**

RECEIVED
APR 1 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

      The judgment of this Court, entered 03/20/2008, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                Molly C. Dwyer
                Clerk of Court

                By: Theresa Benitez
                Deputy Clerk



ca9_ecfnoticing@ca9.uscourts.gov
03/20/2008 09:50 AM

To
cc
bcc
Subject  07-35427 Larson v. Turnbull "Memorandum Filed"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 03/20/2008 at 9:50:48 AM PDT and filed on 03/20/2008

| | |
|---|---|
| **Case Name:** | Larson v. Turnbull |
| **Case Number:** | 07-35427 |
| **Document(s):** | Document(s) |

**Docket Text:**
FILED MEMORANDUM DISPOSITION (ANDREW J. KLEINFELD, A. WALLACE TASHIMA and RICHARD C. TALLMAN) AFFIRMED. [Affirmed;Terminated on the merits after submissions without oral hearing;Written, reasoned, unsigned, unpublished;]. FILED AND ENTERED JUDGMENT.

The following document(s) are associated with this transaction:
**Document Description:**Memorandum Filed
**Original Filename:**07-35427.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=03/20/2008] [FileNumber=6477685-0] [43dcdc563513460075efe5cee362da2bf686bd895ff72e1419ace251010f09ae01f1fb7543e310f4a b41ae9d39f9e2628efb3a8324515949ae78f12b0527bcc9]]

**Document Description:**post judgment form
**Original Filename:**postjudgment-bill-of-cost.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=03/20/2008] [FileNumber=6477685-1] [948325704b5ff703dfc4e2e30bc3a85a2aaf32dcffb5400ef1304a2b7e1335f0f8877eef008864114b bb1b1a6eaa06f54cac9a1d19ff653e08229156f96d8ab2]]

**Notice will be electronically mailed to:**

Shook, Lissa W., Attorney
Stewart, Robert Kierle, Jr., Attorney


**Notice will be mailed to:**


Fisher, Jeffrey L.
DAVIS WRIGHT & TREMAINE, LLP
Suite 2200
1201 Third Ave.
Seattle, WA 98101-3045

Simel, Nancy R., Attorney
AGAK - OFFICE OF THE ALASKA ATTORNEY GENERAL (ANCHORAGE)
Special Prosecutions & Appeals Division
Suite 308
310 "K" St.
Anchorage, AK 99501-0000

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 6477685
**RELIEF(S) DOCKETED:**
  AFFIRMED
**DOCKET PART(S) ADDED:** 5545945, 5545946